

Stephen W. Rupp, Trustee (2824)
**McKAY, BURTON & THURMAN**
170 South Main Street, Suite 800
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Telefax: (801) 521-4252

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE

### DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 02-40449 RKM |
| TIFFANY LORIN COOK, | : | (Chapter 7) |
| Debtor. | : | |

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

The duly-appointed and acting Trustee in this matter, pursuant to Rule 3011, Rules of Bankruptcy Procedure hereby gives notice of funds paid into the United States Bankruptcy Court registry and represents to the Court that:

1. On August 28, 2009, the following check was issued in the following amount:

| **Check #** | **Creditor & Address** | **Check Amount** |
|---|---|---|
| 120 | A+ Recovery<br>P.O. Box 488<br>Riverton, UT 84065 | $ 739.88 |

2. Said check was returned by the Post Office as "Not Deliverable as Addressed, Unable to Forward."

3. The unclaimed funds are on deposit at JP Morgan Chase Bank, Account No. 312575505066.

4. The last known name and address of the payee to which the check was

2

sent is listed above.

5. A check in the amount of $739.88, representing said unclaimed funds, has been made payable to the Clerk of the U.S. Bankruptcy Court for the District of Utah and is attached hereto.

DATED this ____ day of February, 2010.

McKAY, BURTON & THURMAN

By_____
Stephen W. Rupp, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was mailed, postage prepaid, on the ____ day of February, 2010, to the following:

U.S. Trustee's Office
405 South Main Street, Suite 300
Salt Lake City, Utah 84111

ka\pl\cookt.unc